**Order entered April 28, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01437-CR

**STEPHEN GLEN LIMBAUGH, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. F12-21347-I**

## ORDER

The Court **REINSTATES** the appeal.

On April 16, 2014, we ordered the trial court to make findings regarding why appellant's brief has not been filed. We **ADOPT** the findings that: (1) appellant desires to pursue the appeal; (2) appellant is indigent and represented by court-appointed counsel David Pire; (3) Mr. Pire's explanation for the delay in filing appellant's brief is his workload; and (4) Mr. Pire requested thirty days from the April 25, 2014 findings to file appellant's brief.

We **ORDER** appellant to file his brief by **TUESDAY, MAY 27, 2014**.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to counsel for all parties.

/s/    LANA MYERS
        JUSTICE